IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TYSON and MELINDA SU SHELL, )<br>Personal Representatives of the )<br>Estate of HAYDEN SHELL, Deceased, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>DEBRA L. SUDAN, M.D., )<br>AMY DUHACHEK-STAPLEMAN, M.D., )<br>SASHA SHILLCUTT, M.D., )<br>NEBRASKA MEDICAL CENTER, and )<br>DOES 1-5, )<br>)<br>Defendants. ) | Case No. 8:08CV260<br><br>ORDER |

Pursuant to the telephonic Rule 16 conference with counsel,

**IT IS ORDERED:**

1. Paragraph 6 of the parties' planning report [23] is amended to state that the deadline for discovery necessary to determine whether to file summary judgment motions shall be **September 1, 2009**, and the motions for summary judgment shall be filed by **October 31, 2009.**

2. Paragraph 7(e) of the report is amended to state that the plaintiff will identify experts by **June 1, 2009**. Defendants will identify experts by **July 1, 2009.**

3. The Rule 16 planning conference is continued to **April 9, 2009 at 11:00 A.M.**, by telephone call initiated by plaintiffs' counsel.

Dated this 15th day of January 2009.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge