IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TYSON SHELL and MELINDA SU SHELL, Personal Representatives of the Estate of Hayden Shell, Deceased,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>DEBRA L. SUDAN., M.D., AMY DUHACHEK-STAPELMAN, M.D., SASHA SHILLCUTT, M.D., NEBRASKA MEDICAL CENTER, and DOES 1 - 5,<br><br>　　　　　Defendants. | 8:08CV260<br><br>ORDER |

　　　For good cause shown,

　　　**IT IS ORDERED** that defendant's Motion for Continuance of Rule 16 Conference (Doc. 47) is granted, as follows:

　　　1.　The Rule 16 conference previously set for April 9, 2009 is continued to **Monday, July 20, 2009 at 9:30 a.m.**  Plaintiffs' counsel shall initiate the conference call to the court.

　　　2.　Plaintiff shall identify experts (i.e., without the full reports required by Rule 26(a)(2)), by August 1, 2009.  Defendants will identify experts (i.e., without the full reports required by Rule 26(a)(2)), by September 1, 2009.

　　　**DATED April 8, 2009.**

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　s/ F.A. Gossett
　　　　　　　　　　　　　　　　　**United States Magistrate Judge**