# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYSON and MELINDA SU SHELL, Personal Representatives of the Estate of HAYDEN SHELL, Deceased,  Plaintiffs,  vs.  DEBRA L. SUDAN, M.D., AMY DUHACHEK-STAPELMAN, M.D., ASHA SHILLCUTT, M.D., NEBRASKA MEDICAL CENTER, and DOES 1-5,  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 8:08cv260  ORDER |

This matter came before the court for a Rule 16 planning conference. Counsel appeared telephonically. Eric Ratinoff and Mauren Chaloupka represented the plaintiffs. Joe Daly represented defendant Sudan, William Settles represented defendant Duhachek-Stapelman, David Ernst represented defendant Shillcutt, and Brien Welch represented defendant Nebraska Medical Center. After reviewing the progression of the case,

**IT IS ORDERED:**

1. The deadlines in paragraph 7-e of the Report of Parties' Planning Conference (#23) are amended as follows: Plaintiff will *identify* experts (*i.e.,* without the full reports required by Rule 26(a)(2)), by **December 11, 2009.** Defendants will *identify* experts (*i.e.,* without the full reports required by Rule 26(a)(2)), by **January 15, 2010.**

2. The planning conference is continued to **Monday, November 23, 2009 at 10:00 A.M.,** to be held by telephone call initiated by plaintiffs' counsel.

Dated this 21st day of July 2009.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge