IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYSON and MELINDA SU SHELL, Personal Representative of the Estate of HAYDEN SHELL, Deceased, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:08CV260 |
| vs. | ) ) | |
| DEBRA L. SUDAN, M.D., AMY DUHACHEK-STAPELMAN, M.D., ASHA SHILLCUTT, M.D., NEBRASKA MEDICAL CENTER, and DOES 1-5, | ) ) ) ) ) | ORDER |
| Defendants. | ) | |

This matter came before the court for a Rule 16 conference. Counsel appeared telephonically. Eric Ratinoff and Mauren Chaloupka represented the plaintiffs. Joe Daly represented defendant Sudan, William Settles represented defendant Duhachek-Stapelman, Chip Greene represented defendant Shillcutt, and Brien Welch represented defendant Nebraska Medical Center. After reviewing the progression of the case,

**IT IS ORDERED:**

1. The deadlines in the court's Order (#62) are amended as follows: Plaintiffs will identify experts (i.e., without the full reports required by Rule 26(a)(2)) by **January 15, 2010.** Defendants will identify experts (i.e., without the full reports required by Rule 26(a)(2)) by **February 16, 2010.**

3. The planning conference is continued to **Thursday, March 11, 2010 at 10:00 A.M. (Central Time),** to be held by telephone call initiated by plaintiffs' counsel.

Dated this 23rd day of November 2009.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge