IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TYSON and MELINDA SU SHELL, Personal Representatives of the Estate of HAYDEN SHELL, Deceased, <br><br>　　　　　　Plaintiffs, <br>　vs. <br><br>DEBRA L. SUDAN, M.D., AMY DUHACHEK-STAPELMAN, M.D., SASHA SHILLCUTT, M.D., NEBRASKA MEDICAL CENTER, and DOES 1-5, <br><br>　　　　　　Defendants. | ) CASE NO. 8:08-cv-260 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **MOTION OF DEFENDANT,** <br> ) **DEBRA L. SUDAN, M.D., TO** <br> ) **FILE AMENDED ANSWER** <br> ) <br> ) <br> ) <br> ) <br> ) |

Comes now the Defendant, Debra L. Sudan, M.D., and pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, moves the Court for an Order allowing her to file an Amended Answer, a copy of said proposed Amended Answer is attached hereto, marked Exhibit "A" and incorporated herein as if by reference.

　　　　　　　　　　　DEBRA L. SUDAN, M.D., Defendant

　　　　By:　/s/ Joseph S. Daly
　　　　　　**Joseph S. Daly, #10896**
　　　　　　SODORO, DALY & SODORO, P.C.
　　　　　　7000 Spring Street
　　　　　　Omaha, NE 68106
　　　　　　Phone: (402) 397-6200
　　　　　　Fax: (402) 397-6290
　　　　　　E-mail: jdaly@sodorolaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he electronically filed the foregoing **Motion of Defendant, Debra L. Sudan, M.D., to file Amended Answer** with the Clerk of the Court using the CM/ECF System which sent notification of such filing to the following on this 7th day of December, 2009:

Maren Lynn Chaloupka
Robert Paul Chaloupka
CHALOUPKA, HOLYOKE
1714 2nd Avenue
P.O. Box 2424
Scottsbluff, NE  69363-2424
-and-
Eric J. Ratinoff
KERSHAW CUTTER LAW FIRM
401 Watt Avenue
Sacramento, CA  95684
**Attorneys for the Plaintiffs**

William R. Settles
LAMSON, DUGAN and MURRAY, LLP
10306 Regency Parkway Drive
Omaha, NE  68114-3743
**Attorneys for Defendant Amy Duhachek-Stapelman, M.D.**

David D. Ernst
PANSING HOGAN ERNST & BACHMAN, LLP
10250 Regency Circle, Suite 300
Omaha, NE  68114
**Attorneys for Defendant Sasha Shillcutt, M.D.**

Brien M. Welch
Abigail M. Moland
CASSEM, TIERNY, ADAMS, GOTCH & DOUGLAS
8805 Indian Hills Drive
Suite 300
Omaha, NE 68114
**Attorneys for Defendant The Nebraska Medical Center**

/s/ Joseph S. Daly