IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TYSON and MELINDA SU SHELL,     )     CASE NO. 8:08-CV-00260
Personal Representatives of the Estate of     )
Hayden Shell, deceased,     )
     )
          Plaintiffs,     )
     )
     vs.     )     DEFENDANT DUHACHEK-
     )     STAPELMAN, M.D.'S MOTION TO
DEBRA L. SUDAN, M.D.;     )     AMEND ANSWER TO PLAINTIFFS'
AMY DUHACHEK-STAPELMAN, M.D.;     )     SECOND AMENDED COMPLAINT
SASHA SHILLCUTT, M.D.;     )
NEBRASKA MEDICAL CENTER; and     )     [JURY TRIAL DEMANDED]
DOES 1 - 5,     )
     )
          Defendants.     )

COMES NOW defendant AMY DUHACHEK-STAPELMAN, M.D., and moves this

Court for leave to amend her answer to plaintiffs' second amended complaint.  Defendant's

proposed answer is attached hereto as Exhibit A and incorporated by reference.  By amending

her answer, Dr. Duhachek-Stapelman seeks to admit the issue of negligence and thereby limit the

issues at trial to proximate cause and damages.

AMY DUHACHEK-STAPELMAN, M.D., Defendant,

By:   /s/ William R. Settles
          William R. Settles, #19879
          LAMSON, DUGAN and MURRAY, LLP
          10306 Regency Parkway Drive
          Omaha, NE 68114-3743
          Telephone:  (402) 397-7300
          Telefax:  (402) 397-7824
          wrs@ldmlaw.com
          *ATTORNEYS FOR SAID DEFENDANT*

CERTIFICATE OF SERVICE

I hereby certify that on the ___8th___ day of December 2009, I electronically filed the foregoing motion to amend answer to plaintiffs' second amended complaint with the clerk of the court using the CM/ECF system which sent notification of such filing to the following:

Maren Lynn Chaloupka
CHALOUPKA HOLYOKE
1714 2nd Avenue
P.O. Box 2424
Scottsbluff, NE 69363-2424
-and-
Eric J. Ratinoff
KERSHAW CUTTER LAW FIRM
401 Watt Avenue
Sacramento, CA 95684
*ATTORNEYS FOR PLAINTIFFS*

Joseph Daly
SODORO DALY & SODORO, P.C.
200 Century Professional Plaza
7000 Spring Street
Omaha, NE 68106
*ATTORNEYS FOR DR. SUDAN*

David D. Ernst
PANSING HOGAN
10250 Regency Circle, Suite 300
Omaha, NE 68114
*ATTORNEYS FOR DR. SHILLCUTT*

Brien M. Welch
CASSEM TIERNEY
8805 Indian Hills Dr., Suite 300
Omaha, NE  68114
*ATTORNEYS FOR NEBRASKA MEDICAL CENTER*

/s/ William R. Settles

468016

2