IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYSON SHELL and MELINDA SU SHELL, Personal Representatives of the Estate of Hayden Shell, Deceased, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 8:08CV260 |
| DEBRA L. SUDAN., M.D., AMY DUHACHEK-STAPELMAN, M.D., SASHA SHILLCUTT, M.D., NEBRASKA MEDICAL CENTER, and DOES 1 - 5, | ) ) ) ) ) | ORDER |
| Defendants. | ) | |

Following a telephone conference with counsel,

**IT IS ORDERED:**

1. Defendant Shillcutt's unopposed motion for leave to file an amended complaint (Filing 104) is granted. The defendant shall file and serve the amended answer no later than **March 15, 2010.** See NECivR 15.1.

2. Plaintiff's unopposed motion to extend the expert witness disclosure deadlines (Filing 90) is granted and the deadlines established in Filing 76 are extended as follows: Plaintiffs will identify experts (i.e., without the full reports required by Rule 26(a)(2)) by **May 1, 2010.** Defendants will identify experts (i.e., without the full reports required by Rule 26(a)(2)) by **June 1, 2010.**

3. The Rule 16 conference is continued to **June 14, 2010 at 10:00 a.m.**, by telephone conference call to be initiated by plaintiff's counsel.

DATED March 11, 2010.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**