IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYSON SHELL and MELINDA SU SHELL, Personal Representatives of the Estate of Hayden Shell, Deceased, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 8:08CV260 |
| DEBRA L. SUDAN., M.D., AMY DUHACHEK-STAPELMAN, M.D., SASHA SHILLCUTT, M.D., NEBRASKA MEDICAL CENTER, and DOES 1 - 5, | ) ) ) ) ) | ORDER |
| Defendants. | ) | |

This matter is before the court on plaintiff's motion to extend the deadline for identification of experts without full reports (Doc. 121). No opposition was filed. Upon review of the docket, the court finds that the motion should be granted.

**IT IS ORDERED** that plaintiff's motion (Doc. 121) is granted. Plaintiffs will identify experts (i.e., without the full reports required by Rule 26(a)(2)) by August 20, 2010. Defendants will identify experts (i.e., without the full reports required by Rule 26(a)(2)) by September 20, 2010.

**DATED June 22, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**