IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYSON and MELINDA SU SHELL, et al., | ) ) ) | Case No. 8:08cv260 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **ORDER** |
| DEBRA L. SUDAN, M.D., et al, | ) ) | |
| Defendants. | ) | |

Following an agreement reached through a settlement conference on July 28, 2010 with the undersigned magistrate judge,

**IT IS ORDERED:**

1. On or before **August 30, 2010,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 30th day of July 2010.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge